**Shermaine Donnell WHITLEY, Petitioner–Appellant,**

v.

**Eric WILSON, Warden, Respondent–Appellee.**

**No. 13–7601.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2013.

Decided: Nov. 22, 2013.

Shermaine Donnell Whitley, Appellant Pro Se.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shermaine Donnell Whitley, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We

have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Whitley v. Wilson,* No. 1:13–cv–01078–LO–JFA (E.D. Va. filed Sept. 5, 2013; entered Sept. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*